IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI,
aka JAMES R. WILKERSON,

      Petitioner,                    No. 2:08-cv-0925 GEB JFM (HC)

    vs.

V.M. ALMAGER,

      Respondent.                <u>ORDER</u>

                              /

        Petitioner has requested an extension of time to file and serve a motion for evidentiary hearing. However, petitioner has not demonstrated he is entitled to an evidentiary hearing on his claim that the Board violated his constitutional rights by denying his release on parole. There is no federal constitutional requirement that a state court hold an evidentiary hearing on this claim. Accordingly, petitioner's request for an extension of time will be denied without prejudice to its renewal if it is accompanied with a motion demonstrating he is so entitled. In an abundance of caution, petitioner will be granted an additional thirty days in which to file a reply to the answer. IT IS HEREBY ORDERED that:

                1. Petitioner's August 13, 2008 request for an extension of time to file a motion for evidentiary hearing (docket no. 13) is denied without prejudice; and

1

2. Petitioner is granted thirty days from the date of this order in which to file and serve a reply to the answer.

DATED: August 25, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/001
elsh0925.111